NEW YORK TELEPHONE COMPANY, Appellant, *v.* THE
DE NOYELLES BRICK COMPANY et al., Respondents.

*N. Y. Telephone Co.* v. *De Noyelles Brick Co.*, 154 App. Div. 845,
affirmed.

(Argued June 6, 1913; decided June 17, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 24, 1913, which affirmed an order of Special
Term confirming the report of commissioners in condem-
nation proceedings.

*Alexander Cameron* and *Charles T. Russell* for
appellant.

*William McCauley* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, HISCOCK, CHASE, HOGAN
and MILLER, JJ. Not sitting: CULLEN, Ch. J., and
GRAY, J.